FILED

JAN 07 2026

CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | |
| v. | CASE NO. 3:26 CR 10 |
| | JUDGE KNEPP |
| BRANDEN JAY LOUNSBURY, | Title 18, United States Code, Section 39A(a) |
| | MAGISTRATE JUDGE CLAY |
| Defendant. | |

COUNT 1
(Aiming a Laser Pointer at an Aircraft, 18 U.S.C. § 39A(a))

The Grand Jury charges:

1. On or about June 2, 2025, in the Northern District of Ohio, Western Division, Defendant BRANDEN JAY LOUNSBURY, knowingly aimed a laser pointer, as that term is defined in 18 U.S.C. § 39A(b), at an aircraft, to wit: an Ohio State Highway Patrol helicopter, in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft, in violation of Title 18, United States Code, Section 39A(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

ORIGINAL