

**FILED**
**JAN 07 2026**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: **3:26 CR 10** **JUDGE KNEPP** |
| Plaintiff, | ) ) | MAGISTRATE JUDGE **MAGISTRATE JUDGE CLAY** |
| | ) | DARRELL A. CLAY |
| v. | ) ) | |
| BRANDEN JAY LOUNSBURY, | ) | <u>MOTION TO SEAL INDICTMENT</u> |
| Defendant. | ) ) | |

Now comes the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Tracey Ballard Tangeman, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): to ensure apprehension of the defendant and for law enforcement safety.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should the defendant be

located in another judicial district and a certified copy of this indictment is needed for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

                    Respectfully submitted,

                    DAVID M. TOEPFER
                    United States Attorney

By: /s/ Tracey Ballard Tangeman
     Tracey Ballard Tangeman (OH: 0069495)
     Assistant United States Attorney
     Four Seagate, Suite 308
     Toledo, OH 43604
     (419) 259-6376
     (419) 259-6360 (facsimile)
     Tracey.Tangeman@usdoj.gov