Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# United States District Court
# Western District of Michigan (Southern Division (1))
# CRIMINAL DOCKET FOR CASE #: 1:26-mj-00059-SJB All Defendants

| | |
|---|---|
| Case title: USA v. Lounsbury | Date Filed: 02/12/2026 |
| Other court case number: 3:26-cr-10 Northern District of Ohio | Date Terminated: 02/12/2026 |

Assigned to: Magistrate Judge Sally J. Berens

**defendant (1)**

| | | |
|---|---|---|
| **Branden Jay Lounsbury**<br>*TERMINATED: 02/12/2026* | represented by | **Samuel Roddy**<br>Federal Public Defender (Grand Rapids)<br>50 Louis St. NW, Ste. 300<br>Grand Rapids, MI 49503-2633<br>(616) 742-7420<br>Fax: (616) 742-7430<br>Email: samuel_roddy@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 1:1RF.F - RULE 5 FELONY PROCEEDINGS | |

Query   Reports   Utilities   Help   What's New   Log Out

**USA**     represented by **Nils R. Kessler**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: Nils.Kessler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2026 |   | WARRANT EXECUTED; defendant Branden Jay Lounsbury arrested by FBI agent Brian McAllister in St. Joseph County, MI (USM Control Room, mac) (Entered: 02/12/2026) |
| 02/12/2026 | 1 | MINUTES of FIRST APPEARANCE in Rule 5 proceedings for defendant Branden Jay Lounsbury held before Magistrate Judge Sally J. Berens; AFPD Sam Roddy provisionally appeared on defendant's behalf; defendant's request for court appointed counsel granted; defendant waived hearings in this district and reserved for charging district; defendant remanded to USM (Proceedings Digitally Recorded) (jln) (Entered: 02/12/2026) |
| 02/12/2026 |   | (NON-DOCUMENT) ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant Branden Jay Lounsbury; signed by Magistrate Judge Sally J. Berens (jln) (Entered: 02/12/2026) |
| 02/12/2026 | 2 | CJA 23 financial affidavit by defendant Branden Jay Lounsbury in support of request for court-appointed counsel [Toledo, OH] (jln) (Entered: 02/12/2026) |
| 02/12/2026 | 3 | WAIVER of Rule 5 and 5.1 hearings by Branden Jay Lounsbury (jln) (Entered: 02/12/2026) |
| 02/12/2026 | 4 | ORDER as to defendant Branden Jay Lounsbury re Rule 5(f); signed by Magistrate Judge Sally J. Berens (jln) (Entered: 02/12/2026) |
| 02/12/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT: defendant Branden Jay Lounsbury committed to Northern District of Ohio; signed by Magistrate Judge Sally J. Berens (jln) (Entered: 02/12/2026) |
| 02/12/2026 | 6 | NOTICE OF TRANSFER to Ohio Northern District Court of a Rule 5 Initial Appearance as to Branden Jay Lounsbury (Attachments: # 1 Docket Report and Transfer Documents) (jln) (Entered: 02/12/2026) |
| 02/12/2026 |   | DEFENDANT Branden Jay Lounsbury will be represented by Samuel Roddy (Federal Public Defender, ) (Entered: 02/12/2026) |