AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:26-mj-59-SJB |
| | ) | |
| | ) | |
| Branden Jay Lounsbury | ) | Charging District's Case No.   3:26-cr-10 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    Northern District of Ohio    .

I have been informed of the charges and of my rights to:

(1)      retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)      an identity hearing to determine whether I am the person named in the charges;

(3)      production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)      a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)      a hearing on any motion by the government for detention;

(6)      request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❐      an identity hearing and production of the warrant.

❐      a preliminary hearing.

❐      a detention hearing.

☑      an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

   I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     02/12/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Samuel Roddy
*Printed name of defendant's attorney*