IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:26CR10 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP, II |
| | ) | |
| v. | ) | |
| | ) | <u>NOTICE OF MANUAL FILING OF EXHIBITS 1 AND 2, FILED UNDER SEAL, TO GOVERNMENT'S SENTENCING MEMORANDUM</u> |
| BRANDEN JAY LOUNSBURY, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Tracey Ballard Tangeman, Assistant United States Attorney, and hereby gives notice of Video Exhibit 1, Axon_Body_3_Video_2026-02-10_1738_X60A0599U, and Video Exhibit 2, Axon Body_3_X60A0528S, being filed manually under seal, as referenced in the Government's Sentencing Memorandum. The video files have been previously provided to the defense in discovery.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ *Tracey Ballard Tangeman*

Tracey Ballard Tangeman (OH: 0069495)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
(419) 259-6376
(419) 259-6360 (facsimile)
Tracey.Tangeman@usdoj.gov